IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 11-cr-00363-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    **AXIS LABS, LLC.,**

    Defendant.

---

## INFORMATION
### (Mail Fraud and Aiding and Abetting)
### 18 U.S.C. §§ 1341 & 2

---

The United States Attorney Charges:

At all times relevant to this Indictment:

1.    The defendant, **AXIS LABS, LLC** (sometimes referred to herein as Axis Labs), was engaged in the business of manufacturing, labeling, holding, shipping, and selling certain foods in interstate commerce. This business was conducted from Centennial, Colorado, within the jurisdiction of this Court, and was also conducted in throughout the United States.

2.    **AXIS LABS, LLC.,** was active in and responsible for the distribution and marketing of a product called "Monster Caps™". The intended use of the product was to enable weight loss and the production of muscle mass. The product purported pursuant to its label to be a "dietary supplement" which therefore could be distributed and dispensed without prior approval from the FDA and without a prescription from a duly authorized physician.

3. The "Monster Caps™" product contained anabolic steroids, or similar synthetic compounds. Because Axis Labs intended these products to affect the structure and function of the human body, they were actually drugs, as defined at 21 U.S.C. 321(g)(1)(c). Moreover, they were also "new drugs" as defined at 21 U.S.C. 321(p), and lacked the approved New Drug Application required by 21 U.S.C. 355.

4. Between June 2008 and May 2009, **AXIS LABS, LLC.**, sold Monster Caps™ on the internet, to customers throughout the United States without the required FDA approval for a new drug and without requiring a prescription, and distributed the product by delivering, or causing to be delivered, product shipments via the U.S. Postal Service or by UPS, a private or commercial interstate carrier.

**COUNT ONE**
**(Mail Fraud and Aiding and Abetting)**
**18 U.S.C. 1341 and 2**

5. The allegations in paragraphs 1-4 are incorporated by reference as if fully rewritten herein.

6. From in or about June 2008 and continuing until in or about May 2009 in the District of Colorado and elsewhere,

**1. AXIS LABS, LLC.,**

did knowingly devise a scheme, described below, to defraud the FDA and individuals throughout the United States and to obtain by means of materially false and fraudulent pretenses, representations, and promises, money and property owned by, or under the custody and control of individuals in connection with the delivery of or payment for Monster Caps™.

## The Scheme

7. It was part of the scheme for **AXIS LABS, LLC.**, to create, package and label Monster Caps™ in Colorado and thereafter distribute that product throughout the United States.

8. It was further part of the scheme that **AXIS LABS, LLC.**, created and sold Monster Caps™ throughout the United States using anabolic steroids, or similar synthetic compounds, as an ingredient in order to promote the production of increased muscle mass in customers, without obtaining approval or clearance from the FDA, as required by law.

9. It was further part of the scheme that **AXIS LABS, LLC.** represented the product was a dietary supplement in order to avoid the FDA new drug approval process, and further avoid the necessity for a medical prescription prior to dispensing the product to consumers.

10. For the purpose of executing such scheme, on or about March 2, 2009, **AXIS LABS, LLC.**, sent a shipment of Monster Caps™ via common carrier from Colorado to Idaho for delivery by the Postal Service or UPS.

All in violation of Title 18, United States Code Sections 1341 and 2.

**NOTICE OF FORFEITURE**
**Forfeiture Allegation**
**18 U.S.C. § 981(a)(1)(C)**
**28 U.S.C. § 2461(c)**

1. The allegations contained in Count One of this Information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

2.	Upon conviction of the offense in violation of Title 18, United States Code, Sections 1341 and 2 set forth in Count One of this Information, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C), all of their interest in any property, real or personal, that constitutes or is derived, directly or indirectly, from proceeds traceable to the commission of the offense, including but not limited to the following: a sum of money equal to the amount of proceeds obtained as a result of the offense.

3.	If the property described above as being subject to forfeiture as a result of any act or omission of the defendant -

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of said property listed above as being subject to forfeiture by the United States of America.

Respectfully submitted,

JOHN F. WALSH
United States Attorney

s/ Jaime A. Pena
By: Jaime A. Pena
Assistant U.S. Attorney
1225 Seventeenth Street, Suite 700
Denver, CO 80211
Telephone: 303-454-0100
Facsimile: 303-454-0402
Email: jaime.pena2@usdoj.gov
Attorney for the Government

s/ Tonya Andrews
By: Tonya Andrews
Assistant U.S. Attorney
1225 Seventeenth Street, Suite 700
Denver, CO 80211
Telephone: 303-454-0100
Facsimile: 303-454-0402
Email: tonya.andrews@usdoj.gov
Attorney for the Government