# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# CHIEF JUDGE WILEY Y. DANIEL

| | | | |
|---|---|---|---|
| Date: | January 18, 2012 | Probation: | Kurt Thoene |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Therese Lindblom | | |

Criminal Case No:  **11-cr-00363-WYD**          Counsel:

UNITED STATES OF AMERICA,                                Jaime A. Pena
                                                         Tonya S. Andrews
          Plaintiff,

v.

**1.  AXIS LABS, LLC**,                                  M. David Lindsey
                                                         Richard D. Collins
          Defendant.

## SENTENCING

**11:00 a.m.**     Court in Session - Defendant representative present (on-bond)

           **Change of Plea Hearing - Thursday, October 13, 2011, at 4:00 p.m.**
           **Plea of Guilty - count one of Information**

           APPEARANCES OF COUNSEL.

           Court's opening remarks.

11:02 a.m.    Statement on behalf of Government (Mr. Pena).

11:02 a.m.    Statement on behalf of Defendant (Mr. Collins).

11:02 a.m.    Statement on behalf of Government (Mr. Pena).

11:02 a.m.    Statement on behalf of Defendant (Mr. Collins).

11:02 a.m.    Statement by Defendant representative on his own behalf (Mr. Gatchis).

11:04 a.m.      Statement on behalf of Government (Ms. Andrews).

                Court makes findings.

**ORDERED:**    Defendant is placed on unsupervised **probation** for a term of **1** year.

**ORDERED:**    **Conditions** of **Probation** are:

      (X)      Defendant shall not commit another federal, state or local crime.

      (X)      While on probation, Axis Labs, LLC., shall not commit another federal, state, or local crime. The defendant corporation shall comply with all rules and regulations as prescribed by the FDA. The defendant corporation shall provide the Probation Office with access to financial records and documentation as requested.

**ORDERED:**    Defendant shall pay **$400.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:**    Defendant shall pay a **fine** of **$50,000.00.**

**ORDERED:**    Government's Motion for Forfeiture Money Judgment (ECF Doc. No. 17), filed January 11, 2012, is **GRANTED.**

                Forfeiture Money Judgment is **APPROVED BY THE COURT.**

**ORDERED:**    Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within fourteen (14) days. Defendant advised of right to appeal in forma pauperis.

The court finds that defendant **is not** likely to flee or be a danger to self or others and it is **ORDERED**: **BOND CONTINUED.**

**11:11 a.m.**  Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:   :11**