IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00363-WYD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    AXIS LABS, LLC,

       Defendant.

_____

**FORFEITURE MONEY JUDGMENT**
_____

THIS MATTER comes before the Court on the United States' Motion for Forfeiture Money Judgment pursuant to Rule 32.2(b) of the Federal Rules of Criminal Procedure. The Court having read said Motion and being fully advised in the premises finds:

On September 7, 2011, an Information was filed which charged defendant Axis Labs, LLC in Count 1 with violations of 18 U.S.C. §§ 1341 and 2.  (Doc. 1).

On October 13, 2011, the United States and defendant entered into a Plea Agreement, which provides a factual basis and cause to issue a forfeiture money judgment under 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461, Rule 32.2(b)(1) and Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure.  (Doc. 11).

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT $107,000.00 is subject to forfeiture as proceeds obtained by defendant through commission of the offenses in Count 1 for which defendant has pleaded guilty.

1

THAT a Forfeiture Money Judgment against defendant in the amount of $107,000.00 shall be entered in accordance with 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461. Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Forfeiture Money Judgment shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

THAT this Preliminary Order of Forfeiture may be amended pursuant to the Federal Rules of Criminal Procedure, Rule 32.2(e)(1).

Dated: January 18, 2012.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT COURT